UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-cr-418-T-17MSS

RICARDO MARCO URIBE-MONTIEL

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant RICARDO MARCO URIBE-MONTIEL, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant RICARDO MARCO URIBE-MONTIEL in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant RICARDO MARCO URIBE-MONTIEL.

Dated: November 10 2016

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE